**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:05-cr-542** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Judge Peter C. Economus** |
| | ) | |
| **ROBERT BRYANT,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

On May 3, 2006, the Defendant, Robert Bryant, was sentenced to one (1) day imprisonment, followed by three (3) years of supervised release, for bank fraud, a Class B felony. His supervised release commenced on May 4, 2006.

On or about March 20, 2008, the Defendant's probation officer submitted a violation report alleging a violation of the terms of supervised release:

(1) Unauthorized Use of a Controlled Substance

The Defendant appeared before Magistrate Judge James S. Gallas for a violation hearing on May 14, 2008, and was represented by counsel. Magistrate Gallas issued a report

and recommendation informing the Court that Defendant admitted to the violation and recommending that the Court find that Defendant has violated the terms of his supervised release. As a result, the Court finds that the Defendant has violated the terms of his supervised release.

The Court has considered the statutory maximum sentence of three years pursuant to 18 U.S.C. § 3583(e)(3). The Court has also considered the advisory policy statements set forth in Chapter Seven of the United States Sentencing Guidelines prior to imposing sentence. The guideline range is 3-9 months pursuant to U.S.S.G. § 7B1.4(a). Furthermore, the Court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) and 3583(d).

Based on this Court's review of all relevant factors, the Court hereby orders that the Defendant's supervised release is **REVOKED**, and the Defendant is committed to the custody of the Bureau of Prisons for nine (9) months. The sentence shall be held in abeyance until September 15, 2008, at 1:30p.m., when the Court will determine whether or not to implement the sentence imposed.

IT IS SO ORDERED.

Issued: June 10, 2008             s/ Peter C. Economus
                                  PETER C. ECONOMUS
                                  UNITED STATES DISTRICT JUDGE